# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

DEC - 7 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>HECTOR SOTO-ZUNIGA (01)<br><br>         Defendant. | Case No. 13CR2706-AJB<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**_X_** Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_ the Court has dismissed the case for unnecessary delay; or

**X** the Court has granted the motion of the Government for dismissal, without prejudice; or

\_ the Court has granted the motion of the defendant for a judgment of acquittal; or
\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Superseding Information:

  21:841(a)(1) - Possession of Methamphetamine with Intent to Distribute (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 12/5/2016

Hon. Anthony J. Battaglia
United States District Judge